# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| JODECI WILLIAMSON | ) | |
| | ) | Judge: Samuel H. Mays, Jr |
| Plaintiff, | ) | |
| | ) | Chief Magistrate Judge: Tu M. Pham |
| v. | ) | |
| | ) | |
| CONTEMPORARY SERVICES | ) | |
| CORPORATION, | ) | |
| | ) | Case No. 2:23-cv-02158-SHM-tmp |
| Defendant. | ) | |

## AGREED STIPULATION TO VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Jodeci Williamson

(on behalf of himself and all other opt-in plaintiffs) and Defendant Contemporary Services

Corporation, through their respective counsel, hereby stipulate to the entry of an Order granting

Plaintiff a voluntary dismissal of his claims against Defendant with prejudice and without the

assessments of costs or attorneys' fees against either party.


DATED: March 30, 2026                          Respectfully Submitted,

By: */s/ J. Joseph Leatherwood IV*            By: */s/ Douglas M. Oldham*
Gordon E. Jackson                              Kathleen M. Anderson
J. Russ Bryant                                 kathleen.anderson@btlaw.com
J. Joseph Leatherwood IV                       BARNES & THORNBURG LLP
JACKSON SHIELDS YEISER                          888. S. Harrison Street, Suite 600
HOLT OWEN & BRYANT                             Fort Wayne, IN  46802
262 German Oak Drive
Cordova, TN  38018                             Douglas M. Oldham
gjackson@jsyc.com                              douglas.oldham@btlaw.com
rbryant@jsyc.com                               BARNES & THORNBURG LLP
jleatherwood@jsyc.com                          41 S. High Street, Suite 3300
                                               Columbus, OH  43215

*Counsel for Plaintiff*

                                               *Counsel for Defendant*