# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

JODECI WILLIAMSON, )
 )
    Plaintiff, )
 )
vs. )      No. 2:23-cv-2158-SHM/tmp
 )
CONTEMPORARY SERVICES )
CORPORATION, )
 )
    Defendant. )

---

## ORDER OF DISMISSAL

---

Before the Court is the Plaintiff's March 30, 2026 Agreed Stipulation to Voluntary Dismissal With Prejudice (D.E. 33). Pursuant to Federal Rule of Civil Procedure 41(a) and the parties' agreed stipulation, this action is DISMISSED WITH PREJUDICE and without the assessments of costs or attorneys' fees against either party.

IT IS SO ORDERED this 31st day of March, 2026.


                         _/s/ Samuel H. Mays, Jr._____
                         SAMUEL H. MAYS, JR.
                         UNITED STATES DISTRICT JUDGE