**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
| JODECI WILLIAMSON, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2:23-cv-2158-SHM/tmp |
| | ) | |
| CONTEMPORARY SERICES | ) | |
| CORPORATION, | ) | |
| | ) | |
|     Defendant. | ) | |

## JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order docketed on March 31, 2026.

## APPROVED:

_/s/ Samuel H. Mays, Jr._____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

___March___31_, 2026_____          WENDY R. OLIVER____
DATE                                CLERK

                                         _/s/ Jairo Mendez_____
                                         (By) DEPUTY CLERK